BENJAMIN B. WAGNER
United States Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700



**FILED**

FEB 1 2 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN RE:    SEALED

2:15 MJ - 0030     DAD

)
) CR NO.
)
)
)
)
) SEALING ORDER
)
)

**SEALED**

        Upon application of the United States of America and good cause having been shown,

        IT IS HEREBY ORDERED that the documents in the above referenced case shall be sealed until further order of the Court.

DATED: ~~Da)~~

DATED: 2/11/15

_____
HONORABLE DALE A DROZD
UNITED STATES MAGISTRATE JUDGE

SEALING ORDER                                                    1