1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHELLE RODRIGUEZ
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  (916) 554-2700



FILED
FEB 1 2 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

In re: Sealed Search Warrants )  MAG NO.  15-030-dad
                              )  MISC NO. 15-018-kjn
                              )  SW NO.   15-038-dad
                              )
                              )  ORDER GRANTING U.S. MOTION TO UNSEAL
                              )  COMPLAINT, TRACKER WARRANTS, SEARCH
                              )  WARRANTS AND ALL ACCOMPANYING
                              )  DOCUMENTS
                              )

HEREBY, and for good cause, the United States' motion to unseal the COMPLAINT in MAG NO. 15-030-dad; the tracker warrants in MISC NO. 15-018-kjn; and the search warrants in SW NO. 15-038-dad, and all accompanying documents in the above captioned matters, IS GRANTED. As represented by the United States the subjects of the underlying investigation were arrested on about 2/12/15 obviating further need for sealing these documents.

DATED: 2/12/2015

_____
CK DELANEY
US MAGISTRATE JUDGE

Carolyn K. Delaney
U.S. Magistrate Judge