HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorneys for Defendant
JOSEPH RYAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 15-mj-30 DAD |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRELIMINARY HEARING |
| v. | |
| JOSEPH RYAN, et al., | Date:   April 23, 2015 Time:  2:00 p.m. |
| Defendants. | Judge:  Hon. Kendall J. Newman |

The United States of America, through its counsel, Assistant U. S. Attorney Michelle Rodriguez, and defendant, Joseph Ryan, through Assistant Federal Defender, Noa E. Oren, defendant, Leonard Velasco, through his counsel, Dustin Johnson, and defendant, Keri Southwood, through her counsel, Clemente Jimenez stipulate that the Preliminary Hearing, currently scheduled for March 27, 2015, be continued to April 23, 2015 at 2:00 p.m.

 The continuance is necessary for defense preparation in conferring with their clients and the government to negotiate a resolution to this matter prior to an indictment being filed.

The parties agree that the above reasons constitute good cause to extend the time for preliminary hearing under Fed. R. Crim. P. 5.1, and that the Court should

extend the time within which the government must file an indictment to April 23, 2015.

The parties stipulate that the ends of justice served by granting the defendants' request for a continuance outweigh the best interest of the public and the defendants in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).

DATED: March 4, 2015          HEATHER E. WILLIAMS
                              Federal Defender

                              */s/ Noa E. Oren*
                              NOA E. OREN
                              Assistant Federal Defender
                              Attorney for JOSEPH RYAN

DATED: March 4, 2015          */s/ Dustin Johnson*
                              DUSTIN JOHNSON
                              Attorney for LEONARD VELASCO

DATED: March 4, 2015          */s/ Clemente Jimenez*
                              CLEMENTE JIMENEZ
                              Attorney for KERI SOUTHWOOD

DATED: March 4, 2015          BENJAMIN B. WAGNER
                              United States Attorney

                              */s/ Michelle Rodriguez*
                              MICHELLE RODRIGUEZ
                              Assistant U.S. Attorney

# **O R D E R**

Finding good cause, the Court orders the preliminary hearing continued to April 23, 2015, at 2:00 p.m., before the Hon. Kendall J. Newman; and, time excluded for the reasons set forth above. The Court finds that the ends of justice served by granting the defendants' request for a continuance outweigh the best interest of the public and the defendants in a speedy trial.

DATED: March 4, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE