HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorneys for Defendant
JOSEPH RYAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 15-mj-30 DAD |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRELIMINARY HEARING |
| v. | ) | |
| JOSEPH RYAN, et al., | ) | Date:  June 4, 2015<br>Time:  2:00 p.m.<br>Judge: Hon. Edmund F. Brennan |
| Defendants. | ) | |

The United States of America, through its counsel, Assistant U. S. Attorney Michelle Rodriguez, and defendant, Joseph Ryan, through Assistant Federal Defender, Noa E. Oren, defendant, Leonard Velasco, through his counsel, Dustin Johnson, and defendant, Keri Southwood, through her counsel, Clemente Jimenez stipulate that the Preliminary Hearing, currently scheduled for April 23, 2015, be continued to June 4, 2015 at 2:00 p.m.

The continuance is requested because defense counsel for RYAN is preparing for an upcoming trial in *United States v. Troy Stratos,* Case No. 11-cr-537 TLN, which is scheduled to commence on May 4, 2015.  The government has agreed to extend time for the trial preparation.  Additionally, the continuance is requested because the parties are negotiating a joint settlement of this case.

The parties agree that the above reasons constitute good cause to extend the time for preliminary hearing under Fed. R. Crim. P. 5.1, and that the Court should extend the time within which the government must file an indictment to June 4, 2015.

The parties stipulate that the ends of justice served by granting the defendants' request for a continuance outweigh the best interest of the public and the defendants in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).

| | |
|---|---|
| DATED: April 6, 2015 | HEATHER E. WILLIAMS<br>Federal Defender<br><br>*/s/ Noa E. Oren*<br>NOA E. OREN<br>Assistant Federal Defender<br>Attorney for JOSEPH RYAN |
| DATED: April 6, 2015 | */s/ Dustin Johnson*<br>DUSTIN JOHNSON<br>Attorney for LEONARD VELASCO |
| DATED: April 6, 2015 | */s/ Clemente Jimenez*<br>CLEMENTE JIMENEZ<br>Attorney for KERI SOUTHWOOD |
| DATED: April 6, 2015 | BENJAMIN B. WAGNER<br>United States Attorney<br><br>*/s/ Michelle Rodriguez*<br>MICHELLE RODRIGUEZ<br>Assistant U.S. Attorney |

# **O R D E R**

Finding good cause, the Court orders the preliminary hearing continued to June 4, 2015, at 2:00 p.m., before the Hon. Edmund F. Brennan; and, time excluded for the reasons set forth above. The Court finds that the ends of justice served by granting the defendants' request for a continuance outweigh the interest of the public and the defendants in a speedy trial.

DATED: April 7, 2015.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE