HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JOSEPH RYAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSEPH RYAN, et al.,<br><br>　　　　Defendants. | No. 15-mj-30 DAD<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRELIMINARY HEARING<br><br>Date:　June 10, 2015<br>Time:　2:00 p.m.<br>Judge:　Hon. Edmund J. Brennan |

The United States of America, through its counsel, Assistant U. S. Attorney Michelle Rodriguez, and defendant, Joseph Ryan, through Assistant Federal Defender, Noa E. Oren, defendant, Leonard Velasco, through his counsel, Dustin Johnson, and defendant, Keri Southwood, through her counsel, Clemente Jimenez stipulate that the Preliminary Hearing, currently scheduled for June 4, 2015, be continued to June 10, 2015 at 2:00 p.m.

The continuance is requested because the parties are negotiating a joint settlement of this case.

The parties agree that the above reasons constitute good cause to extend the time for preliminary hearing under Fed. R. Crim. P. 5.1, and that the Court should extend the time within which the government must file an indictment to June 10, 2015.

1  The parties stipulate that the ends of justice served by granting the
2  defendants' request for a continuance outweigh the best interest of the public and
3  the defendants in a speedy trial, and that this is an appropriate exclusion of time for
4  defense preparation within the meaning of 18 U.S.C. § 3161(h)(7) (Local Code
5  T4).

DATED: May 26, 2015        HEATHER E. WILLIAMS
                           Federal Defender

                           */s/ Noa E. Oren*
                           NOA E. OREN
                           Assistant Federal Defender
                           Attorney for JOSEPH RYAN

DATED: May 26, 2015        */s/ Dustin Johnson*
                           DUSTIN JOHNSON
                           Attorney for LEONARD VELASCO

DATED: May 26, 2015        */s/ Clemente Jimenez*
                           CLEMENTE JIMENEZ
                           Attorney for KERI SOUTHWOOD

DATED: April 6, 2015       BENJAMIN B. WAGNER
                           United States Attorney

                           */s/ Michelle Rodriguez*
                           MICHELLE RODRIGUEZ
                           Assistant U.S. Attorney

## O R D E R

Finding good cause, the Court orders the preliminary hearing continued to June 10, 2015, at 2:00 p.m., before the Hon. Edmund J. Brennan; and, time excluded for the reasons set forth above. The Court finds that the ends of justice served by granting the defendants' request for a continuance outweigh the best interest of the public and the defendants in a speedy trial.

Dated:  May 26, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1.crim
southwood0030.stipo.cont.PX